Joseph L. BOYKIN, Plaintiff–Appellant,

v.

Commonwealth of VIRGINIA DEPARTMENT OF JUVENILE JUSTICE; Andrew Block, Director, in his official and individual capacity; Mark Gooch, Director, in his individual capacity; Eric Tignor, Department Investigator, in his official and individual capacity; Commonwealth of Virginia Department of Juvenile Justice, Beaumont Juvenile Correctional Center; Peggy Parrish, Superintendent, in her official and individual capacity; Charles Dockery, Superintendent, in his individual capacity; David Grubich, Assistant Superintendent, in his individual capacity; Aaron Dixon, Assistant Superintendent, in his official capacity; Lakara Johnson, Lieutenant, in her official and individual capacity, Defendants–Appellees.

No. 15–2123.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 29, 2016.

Decided: March 9, 2016.

Joseph L. Boykin, Appellant Pro Se. Ryan Spreague Hardy, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before NIEMEYER, AGEE, and WYNN, Circuit Judges.

---

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph L. Boykin appeals the district court's orders substituting proper party-defendants, granting Defendants' motion to dismiss Boykin's complaint, and denying as moot Boykin's miscellaneous motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Boykin v. Commonwealth of Va. Dep't of Juvenile Justice*, No. 3:14–cv–00811–HEH, 2015 WL 5020896 (E.D.Va. Aug. 20, 2015). We deny Boykin's motion for appointment of counsel. We deny his motion to schedule oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*